# GROUP EXHIBIT 1

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
18TX142
Filed Date: 3/5/2019 11:37 AM
Envelope: 4154811
Clerk: RR

IN THE CIRCUIT COURT FOR THE 12th JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

IN THE MATTER OF THE APPLICATION OF THE )
COUNTY COLLECTOR FOR JUDGMENT AND ) CASE NO.: 18 TX 142
ORDER OF SALE AGAINST LANDS AND LOTS )
RETURNED DELINQUENT FOR NONPAYMENT )
OF GENERAL TAXES AND/OR SPECIAL ) CERT. NO.: 14-00482
ASSESSMENTS FOR THE YEAR 2014 AND )
PRIOR YEARS )
)
PETITION OF INTERSTATE FUNDING CORP. )

### APPLICATION FOR AN ORDER DIRECTING THE
### COUNTY CLERK TO ISSUE A TAX DEED

COMES NOW Interstate Funding Corp., (hereinafter referred to as "Petitioner"), by and through its attorney, Brian A. Burak, and in support of its Application for an Order Directing the County Clerk to Issue Tax Deed, states as follows:

1. Date of Tax Sale: December 3, 2015

2. Taxes Purchased: 2014

3. Name of Purchaser: Interstate Funding Corp.
   Certificate of Purchase has been assigned as follows: Galaxy Sites, LLC.

4. Certificate of Purchase Number: 14-00482
   A copy of the Certificate is attached as Exhibit "A".

5. Permanent (Property) Index Number: 03-02-401-043-0000.

6. Property Located at: 14136 S. Hunt Club Lane, Plainfield, Illinois.

7. Petition for Tax deed filed on: June 27, 2018.

8. The period of redemption expired on: November 15, 2018.

9. The name and address of the party in whose name the taxes were last assessed as shown on the most recent tax collector's warrant books on the date the notice required by 35 ILCS 200/22-5 was Easley John Christine, 14136 Hunt Club Ln, Plainfield, IL 60544. The Notice required by said Section of the Property Tax Code was delivered to the Will County Clerk by mailing on February 29, 2016. A copy of said Notice is attached hereto as Exhibit "B".

10. The parties who are owners, occupants and parties interested in the subject property are as follows:

   Will County Clerk
   John Easley
   Christine Easley
   Glenn B. Stearns, Trustee
   Patrick S. Laying, Trustee
   Occupant, 14136 Hunt Club Lane, Plainfield, IL
   The Cambridge at the Reserve HOA
   Foster/Premier, Inc.

A copy of the evidence of search of public records is attached hereto as Exhibit "C".

11. The Sheriff's Notice required by 35 ILCS 200/22-10 is attached hereto as Exhibit "D". The Sheriff's returns of service indicate the following:

| Name of Party | Address of Service | Manner and Date of Service |
|---|---|---|
| Will County Clerk | 302 N. Chicago St. Joliet, IL 60432 | Corp. service 7-10-18 |
| John Easley | 14136 Hunt Club Ln. Plainfield, IL 60544 | Sub. service 7-20-18 |
| Christine Easley | 14136 Hunt Club Ln. Plainfield, IL 60544 | Personal service 7-20-18 |
| Occupant | 14136 Hunt Club Ln. Plainfield, IL 60544 | Personal service 7-20-18 (Christine Easley) |
| Patrick S. Laying, Trustee | 219 S. Dearborn St. Chicago, IL 60604 | Cert. mail signed 7-12-18 |
| Glenn B. Stearns, Trustee | 801 Warrenville Rd., Ste. 650 Lisle, IL 60532 | Cert. mail signed 7-12-18 |
| Foster Premier, Inc. | 456 N. Weber Rd., Unit B Romeoville, IL 60446 | Corp. service 7-10-18 |
| Cambridge at the Reserve HOA | 456 N. Weber Rd., Unit B Romeoville, IL 60446 | Corp. service 7-10-18 |

NOT AN OFFICIAL COPY

12. The Clerk's Notice required by 35 ILCS 200/22-25 was placed with the Clerk of the Circuit Court of Will County. A copy of said Notice is attached hereto as Exhibit "E".

13. The Publication Notice required by 35 ILCS 22/22-20 was published in The Herald-News, a newspaper in Will County, Illinois, on July 25, 26, and 27, 2018. A copy of the Certificate of Publication is attached hereto as Exhibit "F".

14. The following general taxes arising subsequent to the sale of the property are as follows:

The 2015, 2016 and 2017 taxes have been paid.

WHEREFORE, Galaxy Sites, LLC, Petitioner, applies for the entry of an Order Directing County Clerk to Issue Tax Deed and for other relief.

GALAXY SITES, LLC.,

By: _____
Attorney for Petitioner

Brian A. Burak, #6224580
Attorney for Petitioner
3116 RFD
Long Grove, IL 60047
(847) 456-1999
taxsalelawyer@gmail.com

EXHIBIT A

Certificate 14-00482

STATE OF ILLINOIS )
) ss
COUNTY OF WILL )

I, NANCY SCHULTZ VOOTS, County Clerk in and for the County and State aforesaid, do hereby certify that INTERSTATE FUNDING CORP. did on DECEMBER 3, 2015 between the hours of nine o'clock a.m. and four o'clock p.m. of the said day, purchase at the public auction, at the County Office Building in Joliet, in said County, the real estate below described, situated in the said County of Will, for the delinquent taxes and interest and costs due thereon, for the year 2014 and paid as purchase money the total amount stated herein.

### NAME OF ASSESSEE AND PROPERTY DESCRIPTION

03-02-401-043-0000

EASLEY JOHN CHRISTIE
14136 HUNT CLUB LN
PLAINFIELD IL
60544

That said purchase was made on the basis of and for the rate of 00 per cent penalty

Total amount paid by purchaser  22,428.87

The above named purchaser, his heirs or assigns, will upon application and compliance with the provisions of law pertaining thereto, be entitled to a deed of conveyance for any real estate herein described which shall not have been redeemed, provided that unless the holder of the certificate shall take out said deed as entitled by law, and file the same for record within one year from and after the time for redemption expires, the said certificate or deed, and the sale upon which it is based shall, from and after the expiration of such one year, be absolutely null.

IN WITNESS WHEREOF, I hereunto set my name at my office at Joliet,   DECEMBER 9, 2015

*Nancy Schultz Voots*
County Clerk

*[signature]*
County Collector

Amount of sale received and certificate hereby countersigned.

1264

**Redemption Amount:** _____

**Date:** _____

**Check Number:** _____

---

If this Certificate is assigned, the assignment blank below must be made complete.
If not, the sale made thereof will not be cancelled or deed issued to assignee

STATE OF ILLINOIS )
                          ) ss
COUNTY OF WILL )

In consideration of the sum of _TEN and_ _____ _no/100_ Dollars,

I do hereby sell, assign, transfer and set over to _GALAXY SITES, LLC_
his heirs, executors, administrators and assigns, the written certificate of purchase, and all my right, title and interest in or to the real estate therein described, to have and to hold the same to himself, his heirs executors, administrators, and assigns, to his and their sole use, benefit and behoof forever

Given under my hand this _5th_ day of _MARCH_ A.D. _2019_,

EXHIBIT B

## TAKE NOTICE

County of WILL
Date premises sold .......................... 12-3-2015
Certificate No. ............................... 14-00482
Sold for General Taxes of ..................... 2014
Sold for Special Assessment of
(Municipality): ............................................. N/A
And Special Assessment Number ............ N/A
Warrant No. ........... N/A   Inst. No. .......... N/A

To:  EASLEY JOHN CHRISTIE
     14136 HUNT CLUB LN
     PLAINFIELD, IL 60544

**THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES**

The property located at: 14136 S HUNT CLUB LN, PLAINFIELD, IL 60544

Legal Description or Property Index No. 03-02-401-043-0000

This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on 06-4-2018.

This notice is also to advise you that a petition will be filed for a Tax Deed which will transfer title and the right to possession of this property if redemption is not made on or before 6-4-2018.

At the date of this notice the total amount which you must pay in order to redeem the above property is $22,496.61.

**YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY**

Redemption can be made at any time on or before 6-4-2018 by applying to the County Clerk of WILL County, Illinois, at Joliet.

The above amount is subject to increase at six-month intervals from the date of sale. Check with the County Clerk as to the exact amount you owe before redeeming. Payment must be made by certified check, cashier's check, money order, or in cash.

**FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK**
ADDRESS:   302 N CHICAGO ST., JOLIET, IL 60432
TELEPHONE: (815) 740-4615

Dated 2-26-2016

INTERSTATE FUNDING CORP.
Purchaser or Assignee

WILL COUNTY, ILLINOIS
COUNTY CLERK
NANCY SCHULTZ VOOTS

16 FEB 29 AM 8:48

FILED

EXHIBIT C

14-00482



# Affinity Title Services, LLC

## Ownership and Encumbrance Report

Order number: AFF-1809679-R
Effective Date: 5/17/2018
Property Address: 14136 S. HUNT CLUB LN.
Prepared Date: May 24, 2018
Names Searched:

### Vesting Information

For Parcel: 03-02-401-043-0000

| | |
|---|---|
| Document Type | WARRANTY DEED |
| Document Date | 08/03/2010 |
| Recording Date | 08/17/2010 |
| Document Number | 2010-084431 |
| Grantor | HOCH, JONATHAN |
| Grantor | WALSH, KAREN; (H&W) |
| Grantee | EASLEY, CHRISTIE; (H&W) |
| Grantee | EASLEY, JOHN |
| Consideration | $375.00 |

✓

### Legal Description

*SEE ATTACHED IMAGE

### Tax Information

*SEE ATTACHED TAX REPORT

## Mortgage Information

No documents of this type found

## Judgments, Liens, and Miscellaneous

Judgment for $13,970.93 plus costs, against First Midwest Bank Na and Ma King Construction Inc and William Ryan Homes Inc entered as Document number 150304 in Will County Court. ✗

—

Judgment for $0.00 plus costs, against entered as Document number 13B20110 in Will County Court. DEBTOR DISMISSED 10-23-15 CASE TERMINATED 04-07-16

—

Judgment for $0.00 plus costs, against entered as Document number 16B00155 in Will County Court. CLOSED 04-19-18 ✗

—

Notice Of Lis Pendens (action) from Naperville Ready Mix Inc to King & Larsen Construction Inc recorded April 11, 2002 as Document number 62332 in the Office of the Recorder of Will County, Illinois. D2CH.0051 - CASE SETTLED/DISMISSED 07-23-03

—

Instrument from Hoch, Jonathan and Walsh, Karen to recorded August 17, 2010 as Document number 84432 in the Office of the Recorder of Will County, Illinois. PTAX FORM

—

**LIMITATION OF LIABILITY:**

1. YOU MAY USE RDC REPORTS FOR BUSINESS PURPOSES ONLY. YOU SHALL NOT USE THE RDC REPORTS OR ANY OF ITS INFORMATION, ELEMENTS OR RELATED FACILITIES OR CAPABILITIES TO CONDUCT ANY BUSINESS OR ACTIVITY, OR SOLICIT THE PERFORMANCE OF ANY ACTIVITY, THAT IS PROHIBITED BY OR WOULD VIOLATE ANY APPLICABLE LAW, RULE, REGULATION, AGREEMENT OR LEGAL OBLIGATION. YOU AGREE TO COMPLY WITH ALL LAWS, RULES, REGULATIONS AND DUTIES APPLICABLE TO ITS USE OF THE RDC REPORTS. IN NO EVENT SHALL RDC'S LIABILITY EVER EXCEED THE PRICE YOU PAID FOR A PARTICULAR PRODUCT OR SERVICE THAT MAY BE THE SUBJECT OF A CLAIM. NO ORAL ADVICE OR WRITTEN INFORMATION GIVEN BY RDC OR ITS AFFILIATES, OR ANY OF THEIR OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, PROVIDERS, OR THE LIKE, SHALL CREATE A WARRANTY; NOR SHALL YOU RELY ON ANY SUCH INFORMATION OR ADVICE.

2. THIS IS A SEARCH OF THE PUBLIC RECORDS (DEFINED AS RECORDS ESTABLISHED OF ILLINOIS STATUTES FOR THE PURPOSE OF IMPARTING CONSTRUCTIVE NOTICE OF MATTERS RELATING TO REAL PROPERTY TO PURCHASERS FOR VALUE AND WITHOUT KNOWLEDGE AND WITH RESPECT THERETO. NO LIABILITY IS ASSUMED FOR (A) THE IDENTITY OF ANY PARTY REFERRED TO HEREIN; (B) THE VALIDITY, LEGAL EFFECT OR PRIORITY OF ANY MATTER SHOWN; (C) THE INACCURACY OF THE AFOREMENTIONED PUBLIC RECORDS; AND (D) THE PHYSICAL CONDITION OF THE LAND DESCRIBED HEREIN.

3. THE DUTY OF THE PREPARER HEREUNDER SHALL BE TO USE REASONABLE CARE IN PREPARING THE SEARCH AND ANY LIABILITY OF THE PREPARER HEREUNDER SHALL ONLY BE IN FAVOR OF THE PARTY NOTED HEREIN WHO SHALL SUSTAIN ACTUAL MONETARY LOSS IN RELIANCE UPON THE INFORMATION CONTAINED HEREIN, BUT WHO IS WITHOUT ACTUAL KNOWLEDGE OF ANY MATTER CONTAINED IN THE PUBLIC RECORDS (AS DEFINED AFORESAID HEREIN) NOT NOTED HEREIN.

4. OTHER THAN FOR THE PARTY NOTED HEREIN, THIS PROPERTY REPORT SHALL NOT BE CONSTRUED AS GRANTING ANY BENEFITS, RIGHTS, PRIVILEGES, ACTIONS OR REMEDIES TO ANY PERSON, PARTNERSHIP OR CORPORATION UNDER ANY THIRD PARTY BENEFICIARY THEORY OR OTHERWISE. ANY LIABILITY HEREUNDER SHALL IN NO CASE EXCEED THE LESSER OF ONE ($1.00) DOLLAR OR ACTUAL MONETARY LOSS.

5. THIS IS NOT A TITLE INSURANCE POLICY, GUARANTEE OR OPINION OF TITLE, AND SHOULD NOT BE RELIED UPON AS SUCH.

**EXCLUDED:**

A. EASEMENTS OR CLAIMS OF EASEMENTS

B. CONDITIONS, COVENANTS AND RESTRICTIONS SHOWN BY THE PUBLIC RECORDS.

C. ANY LAW, ORDINANCE OR GOVERNMENT REGULATION RESTRICTING, REGULATING, PROHIBITING OR RELATING TO THE OWNERSHIP, USE, OCCUPANCY, OR ENJOYMENT OF THE LAND OR THE EFFECT OF ANY VIOLATION OF THESE LAWS, OR GOVERNMENT REGULATION.

Date: May 24, 2018   BY: Realty Data Corp
(AUTHORIZED SIGNATURE INCORPORATED HEREIN BY REFERENCE)

Affinity Title Services, LLC    3
Phone: 847-257-8000, Email: search@affinityistitle.com

TAX DEED NO. __18TX142__ FILED __6/27/2018__

## TAKE NOTICE

EXHIBIT "D"

County of Will, State of Illinois

Date Premises Sold __12/3/2015__

Certificate No. __14-00482__

Sold for General Taxes of (year) __2014__

Sold for Special Assessment of __N/A__
(municipality)
and Special Assessment Number __N/A__

Warrant No. __N/A__    Inst. No. __N/A__

### THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES

Property located at __14136 S. HUNT CLUB LN., PLAINFIELD, IL__

Legal Description or Property Index No. __03-02-401-043-0000__

This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on __11/15/2018__.

The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming.

This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before __11/15/2018__.

This matter is set for hearing in the Circuit Court of this County in Joliet, Illinois, on 12/20/2018 in the Will County Courthouse, 57 N. Ottawa St., Joliet, IL 60432, Courtroom A236 at 9:00 A.M.

You may be present at this hearing but your right to redeem will already have expired at that time.

### YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY

Redemption can be made at any time on or before __11/15/2018__ by applying to the County Clerk of Will County, Illinois at the Office of the County Clerk in Joliet, Illinois.

For further information contact the County Clerk.

Will County Clerk
302 N Chicago St.
Joliet, IL 60432
(815) 740-4615

INTERSTATE FUNDING CORP.
PURCHASER or ASSIGNEE

Dated: __07/05/2018__

NOT AN OFFICIAL COPY

TAX DEED NO. __18TX142__   FILED __6/27/2018__

## TAKE NOTICE

Exhibit "E"

County of Will, State of Illinois

Date Premises Sold __12/3/2015__

Certificate No. __14-00482__

Sold for General Taxes of (year) __2014__

Sold for Special Assessment of __N/A__ (municipality)

and Special Assessment Number __N/A__

Warrant No. __N/A__   Inst. No. __N/A__

### THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES

Property located at __14136 S. HUNT CLUB LN., PLAINFIELD, IL__

Legal Description or Property Index No. __03-02-401-043-0000__

This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on __11/15/2018__.

The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming.

This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before 11/15/2018.

This matter is set for hearing in the Circuit Court of this county in Joliet, Illinois on 12/20/2018 in the Will County Courthouse, 57 N. Ottawa St., Joliet, IL 60432, Courtroom A236 at 9:00 A.M.

You may be present at this hearing but your right to redeem will already have expired at that time.

### YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY

Redemption can be made at any time on or before __11/15/2018__ by applying to the County Clerk of Will County, Illinois at the Office of the County Clerk in Joliet, Illinois.

For further information contact the County Clerk.

Will County Clerk
302 N Chicago St.
Joliet, IL 60432
(815) 740-4615

Clerk of the Circuit Court
Will County, Illinois

Dated: __06/28/2018__

NOT AN OFFICIAL COPY

## Certificate of the Publisher

### The Herald-News

Description: 18 TX 142  14-00482
1559921

JENNINGS REALTY, INC
820 CHURCH ST., SUITE 200
EVANSTON IL 60201

Shaw Media certifies that it is the publisher of The Herald-News.
The Herald-News is a secular newspaper, has been continuously published
daily for more than fifty (50) weeks prior to the first publication of the
attached notice, is published in the City of Joliet, County of
Will, State of Illinois, is of general circulation throughout
that county and surrounding area, and is a newspaper as defined by 715 ILCS 5/5.

A notice, a true copy of which is attached, was published 3
time(s) in The Herald-News, namely one time per week for three
successive week(s). Publication of the notice was made in the newspaper,
dated and published on
07/25/2018  07/26/2018  07/27/2018

This notice was also placed on a statewide public notice website as required
by 5 ILCS 5/2.1.
In witness, Shaw Media has signed this certificate by J. Tom Shaw, its
publisher, at Joliet, Illinois, on
27th day of July, A.D. 2018

Shaw Media By:

J. Tom Shaw, Publisher

Account Number  10075908          Amount $605.36

---

TO:
EASLEY 2 A/K/A JOHN EASLEY II,
MARC K. SCHWARTZ, AS R/A FOR FOSTER/PREMIER INC., AS MANAGEMENT OFFICE FOR THE CAMBRIDGE AT THE RESERVE HOMEOWNERS ASSOCIATION,
FOSTER/PREMIER INC., AS MANAGEMENT OFFICE FOR THE CAMBRIDGE AT THE RESERVE HOMEOWNERS ASSOCIATION,
RYAN H. SHPRITZ, AS R/A FOR THE CAMBRIDGE AT THE RESERVE HOMEOWNERS ASSOCIATION,
JAMES EASLEY,
JOHN EASLEY 3 A/K/A JOHN EASLEY III,
THE CAMBRIDGE AT THE RESERVE HOMEOWNERS ASSOCIATION,
PATRICK S. LAYNG, AS U.S. TRUSTEE IN CASE NO. 18-04607,
GLENN B. STEARNS, AS TRUSTEE IN CASE NO. 18-04607,
OCCUPANT,
CHRISTIE M. EASLEY A/K/A CHRISTIE M. BATES,
JOHN EASLEY A/K/A JOHN I EASLEY,
JOHN EASLEY JR,
PARTIES IN OCCUPANCY O ACTUAL POSSESSION OF SAI PROPERTY;
UNKNOWN OWNERS OR PERSON INTERESTED IN SAID LAND O LOT.
WILL COUNTY CLERK
TAX DEED NO. 18TX142
FILED 6/27/2018
TAKE NOTICE
County of Will, State of Illino
Date Premises Sold 12/3/201
Certificate No. 14-00482
Sold for General Taxes of (yea 2014
Sold for Special Assessment of N (municipality)
and Special Assessment Numb N/A
Warrant No. N/A    Inst. No. N.
THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES
Property located at 14136 S. HUI CLUB LN., PLAINFIELD, IL
Legal Description or Property Ind No. 03-02-401-043-0000
This notice is to advise you th the above property has been so for delinquent taxes and that period of redemption from the s will expire on 11/15/2018.
The amount to redeem is subj to increase at 6 month interv from the date of sale and may further increased if the purchaser the tax sale or his or her assign pays any subsequently accru taxes or special assessmer to redeem the property fro subsequent forfeitures or tax sale Check with the county clerk as the exact amount you owe befo redeeming:
This notice is also to advise y that a petition has been filed for tax deed which will transfer ti and the right to possession of t property if redemption is not ma on or before 11/15/2018.
This matter is set for hearing the Circuit Court of this County Joliet, Illinois, on 12/20/2018 the Will County Courthouse, N. Ottawa St., Joliet, IL 6043 Courtroom A236 at 9:00 A.M.
You may be present at t hearing but your right to reder will already have expired at t time.
YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY
Redemption can be made any time on or before 11/15/20 by applying to the County Clerk Will County, Illinois at the Office the County Clerk in Joliet, Illino
For further information cont the County Clerk.
Will County Clerk
302 N Chicago St.
Joliet, IL 60432
(815) 740-4615
INTERSTATE FUNDING COR
PURCHASER or ASSIGN
Dated: 07/05/20

(Published in the Herald-News

# EXHIBIT 2

```
                                                          R2019021379
                                                        KAREN A. STUKEL
                                                     WILL COUNTY RECORDER
 STATE OF ILLINOIS        )                              RECORDED ON
                          ) ss.                       04/15/2019 11:21:34 AM
 COUNTY OF WILL           )                          RECORDING FEES: 42.00
                                                       IL RENTAL HSNG: 9.00
                                                       CONSIDERATION: 0.00
                                                        WILL COUNTY TAX:
                                                          IL STATE TAX:
                                                            PAGES: 1
                                                              DMB
```

## TAX DEED

WHEREAS, at a public sale of Real Estate for the non-payment of taxes, made in the County aforesaid, on <u>December 3, 2015</u>, the following described Real Estate was sold, to-wit:

Lot 145 in the Reserve of Plainfield Unit 2, being a Subdivision of part of the West 3/4 of the Southeast 1/4 of Section 2, Township 36 North, Range 9, East of the Third Principal Meridian, according to the Plat thereof recorded December 21, 1999 as Document Number R99-155071, and Certificate of Correction recorded January 6, 2000 as Document Number R2000-002047, and Certificate of Correction recorded January 25, 2000 as Document Number R2000-010105, in Will County, Illinois.

P.I.N.: 03-02-401-043-0000;

Address: 14136 Hunt Club Lane, Plainfield, Illinois.

AND WHEREAS, the same not having been redeemed from said sale, and it appearing that the holder of the Certificate of Sale of said real estate has complied with the laws of the State of Illinois necessary to entitle it to a deed of said real estate:

NOW THEREFORE, Know ye, That I, Lauren Staley Ferry, County Clerk of said County of Will, in consideration of the premises and by virtue of the statutes of the State of Illinois in such cases provided, do hereby grant and convey unto Galaxy Sites, LLC., 820 Church Street, suite 200, Evanston, IL 60201, the said real estate hereinbefore described.

FILED: 04-03-2019

Prepared by:
Brian A. Burak, Esq.
3116 RFD
Long Grove, IL 60047

DATED: 04-03-2019

_Lauren Staley Ferry_
(County Clerk)

Subsequent tax bills & return to: Galaxy Sites, LLC.
   820 Church Street, suite 200
   Evanston, IL 60201

EXEMPT UNDER PARAGRAPH "f", SECTION "H" OF THE "REAL ESTATE TRANSFER TAX ACT".

_Lindsay Rosner_  3/26/2019