UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>John Lee Easley and Christie M. Easley,<br><br><br>Debtor(s)<br><br>Cindy M. Johnson, Trustee,<br><br><br>Plaintiff(s)<br>John Lee Easley and Christie M. Easley,<br><br><br>Defendant(s) | ) BK No.: 19-08104<br>)<br>)<br>) Chapter: 7<br>)<br>) Honorable LaShonda Hunt<br>)<br>) Joliet<br>)<br>) Adv. No.: 20-00227<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER DISMISSING ADVERSARY DEFENDANTS AND LIMTING NOTICE**

This Cause having been heard by the Court on the Trustee's Motion to Dismiss Adversary Proceeding and to Approve Limited Notice, due and adequate notice having been given to all parties entitled thereto, and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Motion is granted. The adversary proceeding against the Defendants, John Lee Easley and Christie M. Easley, is dismissed;

2. As described in the Motion, notice of the Motion is sufficient and limited notice is approved. To the extent notice is required of scheduled creditors, notice is limited to those creditors who timely filed a claim.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: October 23, 2020

**Prepared by:**

Daniel J. Nickel (6278133)
THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191   (773-981-4725 - Nickel)
f.  815-846-8516
e.  trustee@zanezielinski.com